**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

Plaintiff,

-vs-                                                                        **Case No. 13-CR-231**

**RONALD A. DOBEK,**

Defendant.

---

# DECISION AND ORDER

---

Defendant, Ronald A. Dobek, ("Dobek") moved to dismiss the indictment in the above-captioned case and to suppress evidence. Magistrate Judge William Callahan has recommended to this Court that these motions be denied.

The Court has read the submissions of the parties and rules as follows. The recommendations will be adopted by the Court. I accept not only the conclusion reached by Magistrate Judge Callahan but also the reasoning supporting said recommendation.

Therefore, Dobek's motions to dismiss and suppress are denied.

With regard to the Defendant's amended objections to the Magistrate Judge's Report and Recommendations (ECF No. 31), the Court finds that the amended objections were timely filed and therefore grants the Defendant's motion to strike the government's response only as it applies to timeliness.

**IT IS HEREBY ORDERED THAT:**

The Court adopts Magistrate Judge Callahan's Report and Recommendations (ECF No. 29);

The Defendant's motion to dismiss the indictment (ECF No. 15) and his motions to suppress evidence (ECF Nos. 19, 20) are **DENIED**; and

The Defendant's motion to strike the government's response to the Defendant's objections (ECF No. 33) is **GRANTED** only as to the assertion of untimeliness.

Dated at Milwaukee, Wisconsin, this 11th day of April, 2014.

        **BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**