# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                                                    Case No. 13-CR-231

**RONALD A. DOBEK,**

    Defendant.

## DECISION AND ORDER

On June 4, 2014 a jury convicted defendant Ronald Dobek (Dobek) of three counts of illegal export of munitions list articles in violation of 22 U.S.C. § 2278 and conspiracy in violation of 18 U.S.C. § 371.

Dobek now moves for a new trial pursuant to Fed. R. Civ. P. 33(a)(2) and for judgment of acquittal pursuant to Fed. R. Civ. P. 29(c). The Court takes up the latter motion first. The Court at the close of the government's case denied Dobek's motion for judgment of acquittal. With this renewed motion Dobek has not offered or highlighted any evidence that would alter or can alter the Court's previous ruling. Sufficient evidence was offered by the government to allow the jury to draw the conclusions that it did.

As to Dobek's motion for a new trial, in this motion Dobek raises four evidentiary bases for a new trial and two that relate to jury instructions. Again, all of these arguments were heard by the Court at trial and nothing is new in the current

arguments made by Dobek that would allow the Court to alter its previous conclusions. No error was committing in giving the instructions the Court gave and its evidentiary rulings remain valid under renewed objections to them.

Therefore Dobek's motions must be denied.

**IT IS HEREBY ORDERED THAT:**

Dobek's motions for a new trial (ECF No. 55) and judgment of acquittal (ECF No. 56) are **DENIED**.

Dated at Milwaukee, Wisconsin, this 7th day of August, 2014.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**