# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD A. DOBEK,

    Defendant.

Case No. 13-CR-231-JPS
7th Cir. Case No. 18-1357

**ORDER**

On February 26, 2018, Defendant filed a notice with the Clerk of the Court regarding the designation of the record for his pending appeal. (Docket #122). Because Defendant seeks to designate documents from both this case (13-CR-231) and another allegedly related criminal case (12-CR-253), the Court treats the notice as a motion to enlarge the record. *See* Seventh Circuit Rule 10(b). The Court will grant the motion.

Accordingly,

**IT IS ORDERED** that Defendant's motion to enlarge the record on appeal (Docket #122) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall include the documents designated by Defendant in that motion (Docket #122 at 1-2) in the record on appeal.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge